**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| QUINCY ASBURY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 10 CV 3548 |
| | ) | |
| vs. | ) | Judge Castillo |
| | ) | Magistrate Judge Cox |
| ALLSTATE PROPERTY & CASUALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**PARTIES' JOINT STATUS REPORT**

  Pursuant to the Court's standing order and July 6, 2010 minute order, the parties submit the following status report:

**A. Nature of the Case**

  1. Bases for jurisdiction, nature of the claims and counterclaims:

    This Court has jurisdiction under 28 U.S.C. §1331, 28 U.S.C. §1337, and 15 U.S.C. § 1681p.

    Plaintiff claims Defendant violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. (FCRA) by obtaining plaintiff's consumer report (credit report) without a permissible purpose.

    Plaintiff seeks $1,000 in statutory damages, as well as $1,000 in actual and punitive damages.

    All parties named in the Complaint have been served.

  2.  Major legal issues:

    Did Defendant have a permissible purpose to obtain Plaintiff's credit report?

    Did Defendant willfully violate the FCRA?

  3.  Major factual issues:

    Whether or not Plaintiff had sought an insurance quote or an insurance policy

from Defendant, and/or consented in writing to Defendant's obtaining his consumer report.

4. Key Authorities:

Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

**B. Proposed Scheduling Order**

Deadline to serve Rule 26(a)(1) disclosures: August 31, 2010

Deadline to join other parties: October 25, 2010

Deadline to amend the pleadings: October 25, 2010

Deadline to complete fact discovery: November 24, 2010

Deadline to complete expert discovery: January 24, 2011

Deadline to file dispositive motions: February 24, 2011

**C. Trial Status**

Neither party has requested a jury trial.

The probable length of the trial is two day(s).

**D. Consent to Proceed before a Magistrate Judge**

The parties do not unanimously consent at this time to proceed before a Magistrate Judge.

**E. Settlement Status**

The parties have discussed the possibility of settlement at this time. Plaintiff made a settlement demand to Defendant on August 11, 2010.

| | |
|---|---|
| s/ Francis R. Greene<br>Attorney for Plaintiff | s/ Kristen C. Rodriguez<br>Attorney for Defendant |
| Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>Francis R. Greene<br>EDELMAN, COMBS, LATTURNER<br>    & GOODWIN, LLC<br>120 S. LaSalle Street, 18th floor<br>Chicago, Illinois  60603<br>(312) 739-4200<br>(312) 419-0379 (FAX) | M. Keith Moskowitz<br>Kristen C. Rodriguez<br>SONNENSCHEIN NATH &<br>    ROSENTHAL LLP<br>233 S. Wacker Dr.<br>Suite 7800<br>Chicago, Illinois 60606<br>(312) 876-8000<br>(312) 876-7934 (FAX) |

## CERTIFICATE OF SERVICE

I, Francis R. Greene, hereby certify that on August 12, 2010, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

Kristen C. Rodriguez
krodriguez@sonnenschein.com

s/Francis R. Greene
Francis R. Greene
